UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANTON SCOTT HALEY § § § Plaintiff § § VS. § § MARK ARNOLD § § Defendant § | CIVIL ACTION NO. 2:23-cv-00090 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files this notice of voluntary dismissal in accordance with FRCP Rule 41(a)(1)(A)(i).

The issues between the parties and the case in controversy have been resolved.

DATED: April 29, 2023         Respectfully submitted,

BY:     */S/   R. Bruce Tharpe*
R. Bruce Tharpe
Texas State Bar ID No. 19823800
Colorado State Bar ID No. 54500
Federal Bar ID 13098

**LAW OFFICE OF
R. BRUCE THARPE, PLLC**
PO Box 101
Olmito, TX 78575
(956) 255-5111 (Tel)

ATTORNEY OF RECORD FOR
PLAINTIFF ANTON SCOTT HALEY

CERTIFICATE OF SERVICE

I, R. BRUCE THARPE, do hereby certify that on April 29, 2023, this notice was served on all parties of record via the U.S. District Court for the Southern District of Texas – Corpus Christi Division electronic case filing system.

*/s/ R. Bruce Tharpe*

1

R. BRUCE THARPE,
ATTORNEY OF RECORD FOR
PLAINTIFF ANTON SCOTT HALEY

Case 2:23-cv-00090   Document 7   Filed on 04/29/23 in TXSD   Page 2 of 2