United States District Court
Southern District of Texas
**ENTERED**
May 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANTON SCOTT HALEY, | § § § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:23-CV-00090 |
| | § | |
| MARK ARNOLD, | § § | |
| Defendant. | § § | |

### ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (D.E. 7). Plaintiff's Notice of Dismissal is effective because Defendant has not yet filed an answer or a motion for summary judgment in this matter. FED. R. CIV. P. 41(a)(1)(A)(i). Pursuant to Plaintiff's Notice of Voluntary Dismissal, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
      May 1, 2023